I. Martín S. en C., demandante-apelada, *v.* North British & Mercantile, demandada-apelante.

No. 4523.—*Visto:* Marzo 5, 1928. *Resuelto:* Marzo 23, 1928.

1. Apelación y Error—Decisiones Sujetas a Revisión—Finalidad de la Resolución—Sentencia Dejada sin Efecto—Ordenes Posteriores.—Cuando se deja sin efecto una sentencia de archivo por abandono, dicha sentencia no puede considerarse como una sentencia definitiva para derivar de ella un derecho de apelación.

2. Apelación y Error—Desestimación, Retiro y Abandono—En General.—Dejada sin efecto una sentencia de archivo por abandono, procede desestimar una apelación interpuesta contra resolución posterior declarando sin lugar moción del demandado para que el caso se archive, por no ser esta apelable dentro del inciso 3 del artículo 295 del Código de Enjuiciamiento Civil.

Moción sobre desestimación de apelación, interpuesta ésta contra sentencia de *Domingo Sepúlveda,* J. (San Juan), denegando moción sobre archivo del caso por abandono. *No ha lugar.*

*O. B. Frazer* y *R. Castro Fernández,* abogados del apelante; *De la Torres & Ramírez* y *J. Martínez Dávila,* abogado de la apelada.

El Juez Asociado Señor Texidor, emitió la opinión del tribunal.

I. Martín, S. en C. presentó ante la Corte de Distrito de San Juan, en 25 de abril de 1924, una demanda contra North British & Mercantile, sobre cobro de póliza. La demandada, en 5 de mayo de 1924 presentó una excepción·pre-

via a la demanda. Desde esa fecha no se practicó gestión alguna por las partes; y en 30 de diciembre de 1927, la corte dictó una resolución, que dice:

"Habiendo transcurrido más de un año, sin que las partes en este caso hayan hecho gestión alguna, se ordena su archivo por abandono. Notifíquese a las partes."

La demandante pidió la reinstalación del caso, alegando razones que la corte consideró suficientes, después de oir a ambas partes acerca de a moción por lo que en resolución de 17 de enero de 1928, dejó sin efecto la sentencia de archivo por abandono, y declaró el caso abierto para continuación de sus trámites.

La demandada presentó en 7 de febrero de 1928 una moción para que se archivara este caso. Oída esta moción con asistencia de ambas partes, la corte, en fecha 14 de febrero de 1928, declaró la misma sin lugar. Contra esta resolución interpuso apelación la demandada.

Ahora la demandante y apelada solicita se desestime la apelación, por razón de no ser apelable la resolución de fecha 14 de febrero, de que aquí se trata; y alega que tal resolución no se halla comprendida en el artículo 295 del Código de Enjuiciamiento Civil. La demandada apelante, en su oposición escrita, y en la vista de la moción, sostiene que la resolución apelada es una dictada después de sentencia definitiva, y comprendida en el número 3 del artículo 295, antes citado.

[1, 2] Cuando, por cualquier razón legal, se deja sin efecto una resolución judicial, de cualquier clase que sea, no puede invocarse como existente y eficaz tal resolución para derivar de ella un derecho a la apelación. En este caso la sentencia de archivo por abandono fué expresamente dejada sin efecto y no puede considerarse, después de la resolución en tal sentido, como una sentencia definitiva.

El caso no está comprendido en el número 3 del artículo 295 del Código de Enjuiciamiento Civil.

*La apelación debe ser desestimada.*